UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YDELFONSO ACEVEDO,

                Plaintiff,

– against –

BSF INWOOD HOLDING LLC, NEW YORK HOLDING COMPANY ASSOCIATES, and METRO MANAGEMENT & DEVELOPMENT, INC.,

                Defendants.

**ORDER**

19 Civ. 7063 (ER)

Ramos, D.J.:

On November 20, 2019, the court-ordered mediator in this matter reported that an agreement was reached on all issues. Doc. 20. There has been no activity in this case since then.

The parties are hereby directed to provide the Court with a written update as to the status of the case by **January 31, 2020**.

SO ORDERED.

Dated:   January 27, 2020
          New York, New York

                                            Edgardo Ramos, U.S.D.J.