# CLIFTON BUDD & DeMARIA
### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2020

FAX 212.687.3285

**MEMO ENDORSED**

March 20, 2020

**VIA ECF**

Hon. Barbara Moses, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> Application GRANTED. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> March 23, 2020

Re: *Ydelfonso Acevedo v. BSF Inwood Holding, LLC, et al.*
Case No. 1:19-cv-07063 (BCM)

Dear Judge Moses:

This firm represents defendants BSF Inwood Holding, LLC ("BSF Inwood") in the above-referenced action. Pursuant to Sections 1.b and 2.a of Your Honor's Individual Practices and on behalf of all parties in this action, we write to respectfully request a first extension of the time for the parties to submit a revised settlement agreement for the Court's review, until Thursday, April 9, 2020.

By Order dated March 10, 2020, *see* ECF Dkt. No. 26, Your Honor denied approval of the parties' proposed settlement agreement due to overbroad release language, and directed the parties to submit a revised, fully-executed settlement agreement no later than today's date. While the parties have prepared a revised agreement to address the release issue, they seek additional time for this document to be circulated and executed by the parties. No other scheduled dates in this matter would be affected by the requested extension.

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attoneys for BSF Inwood Holding, LLC*

By: Stephen P. Pischl

cc: **VIA ECF**
Abdul Hassan Law Group, PLLC
*Attorneys for Plaintiff*

Jackson Lewis, P.C.
*Attorneys for Defendants New York Holding
Company Associates and Metro Management
& Development*