UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YDELFONSO ACEVEDO,

        Plaintiff,

-against-

BSF INWOOD HOLDING LLC, et al.,

        Defendants.



19-cv-07063 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

        The Court has received and reviewed the terms of the parties' revised Settlement Agreement (Dkt. No. 29) and finds that they are fair and reasonable as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Accordingly, the proposed settlement is APPROVED, and this action is DISMISSED with prejudice and without costs.

        The Clerk of the Court is directed to close the case.

Dated: New York, New York
       April 10, 2020

                         **SO ORDERED.**

                         **BARBARA MOSES**
                         **United States Magistrate Judge**